UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-5982 PSG (JTLx) | Date | October 22, 2008 |
|---|---|---|---|
| Title | Shirley Bennett, et al. v. Southwestern & Pacific Specialty Finance, Inc., et al. | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy K. Hernandez | Not Present | n/a |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(In Chambers) ORDER TO SHOW CAUSE RE: REMAND TO STATE COURT**

On September 12, 2008, this action was removed to this Court pursuant to 28 U.S.C. § 1441. The Court issued an order to show cause ("OSC") on September 17, 2008, in which it indicated that Defendant had failed to offer adequate facts supporting its assertion that its principal place of business is located in Ohio.

Defendant's response to the OSC is insufficient; its assertions regarding the factors set forth in *Indus. Tectonics, Inc. v. Aero Alloy,* 912 F.2d 1090, 1094 (9th Cir. 1990), are conclusory. Accordingly, Defendant is hereby ordered to submit additional evidence that will enable the Court to evaluate the *Industrial Tectonics* factors to ascertain Defendant's principal place of business.

Furthermore, removal is on the basis of diversity jurisdiction in a class action pursuant to 28 U.S.C. § 1332(d). The complaint is also deficient because:

(1) it appears that two-thirds or more of the members of all proposed plaintiff classes in the aggregate are citizens of the state in which the action was originally filed; the plaintiff class seeks significant relief from a defendant who is a citizen of that state and whose alleged conduct forms a significant basis for the claims; principal injuries were incurred in that state; and no related class action has been filed within the preceding three years. 28 U.S.C. § 1332(d)(4)(A),

and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-5982 PSG (JTLx) | Date | October 22, 2008 |
|---|---|---|---|
| Title | Shirley Bennett, et al. v. Southwestern & Pacific Specialty Finance, Inc., et al. | | |

(2) it appears that two-thirds or more of the members of all proposed plaintiff classes in the aggregate and all of the primary defendants are citizens of the state in which the action was originally filed.  28 U.S.C. § 1332(d)(4)(B).

Therefore, the Court orders defendant(s) to show cause in writing no later than **November 12, 2008** why this action should not be remanded for the reasons noted above.  This deadline shall <u>not</u> extend the time for responding to any motion for remand filed by Plaintiff(s).  Plaintiff(s) may submit a response in the same time period.  The parties are reminded that courtesy copies are to be delivered to Chambers.  Failure of defendant(s) to respond by the above date will result in the Court **remanding** this action to state court.

The Court further orders the Court Clerk promptly to serve this order on both parties.

**IT IS SO ORDERED.**

AB for WH